PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

DEC 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(D) FOR INFORMATION RELATING TO CELLULAR TELEPHONES IDENTIFIED BY (916) 276-1817 AND (916) 276-5989 | CASE NO. 2:17-SW-0994-KJN<br><br>[PROPOSED] ORDER TO UNSEAL § 2703(D) ORDER MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the court clerk unseal this matter and associated search warrant materials filed therein.

DATED: Dec. 19, 2017

_____
Hon. Deborah L. Barnes
United States Magistrate Judge